| PROB 22 (Rev. 2/88) | DOCKET NUMBER *(Tran. Court)* |
| --- | --- |
| | CR 97-00143-001 |
| **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
| --- | --- | --- |
| Fredy Mendiola<br>USPO Brian L. Johnson<br>Western District of Washington<br>Tacoma Union Station Courthouse<br>1717 Pacific Avenue, Room 1310<br>Tacoma, Washington 98402 | Guam | |
| | NAME OF SENTENCING JUDGE | |
| | John S. Unpingco | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM Sept. 21, 2002 — TO Sept. 20, 2007 |

OFFENSE

Possession of a Machinegun, in violation of 18 U.S.C. § 922(o)
Distribution of Methamphetamine Hydrochloride, in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE ___N/A___ DISTRICT OF ___GUAM___

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the ___Western District of Washington___ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

4/06/06
*Date*

ROGER T. BENITEZ, District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE ___WESTERN___ DISTRICT OF ___WASHINGTON___

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

RECEIVED APR - 5 2006 DISTRICT COURT OF GUAM HAGATNA, GUAM

FILED DISTRICT COURT OF GUAM MAY - 2 2006 MARY L.M. MORAN CLERK OF COURT

4/21/06
*Effective Date*

United States District Judge

ORIGINAL